IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-01422-LTB-BNB

UNITED VAN LINES, LLC,

    Plaintiff,

v.

BRIAN A. WILLIAMS,

    Defendant.

_____

**ORDER**
_____

THIS MATTER comes before the Court, <u>sua sponte</u> for review. An Order to Show Cause was issued on December 10, 2008 giving Plaintiff up to and including January 5, 2009 to show cause why this matter should not be dismissed for failure to serve pursuant to Rule 4(m), Federal Rules of Civil Procedure. To date no response has been filed or good cause shown. It is therefore

ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE**.

    BY THE COURT:

      s/Lewis T. Babcock  
    Lewis T. Babcock, Judge

DATED: January 9, 2009